UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROY GILMORE,<br><br>　　　　　　　　Petitioner,<br>v.<br>RENO JUSTICE COURT, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:20-cv-00089-MMD-WGC<br><br>ORDER |

Petitioner Roy Gilmore has submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241 (ECF No. 1-1). He has not, however, either paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. 28 U.S.C. § 1915(a)(2); LSR 1-2.

It is therefore ordered that within 45 days of the date of this order Petitioner must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

It is further ordered that the Clerk of the Court send to Petitioner the form prisoner application to proceed *in forma pauperis* along with the instructions.

It is further ordered that Petitioner's failure to comply with this order may result in the dismissal of this action without prejudice.

DATED THIS 8th day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT COURT