# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROY GILMORE, | Case No. 3:20-cv-00089-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| RENO JUSTICE COURT, *et al.*, | |
| Respondents. | |

Roy Gilmore has submitted a 28 U.S.C. § 2241 habeas corpus petition by a pretrial detainee seeking to enforce his speedy trial rights (ECF No. 1-1) and has now paid the filing fee (*see* ECF No. 4). The Court has reviewed the Petition, and it will be served on Respondents.

It is therefore ordered that the Clerk of Court detach, file and electronically serve the Petition (ECF No. 1) on Respondent Aaron D. Ford.

It is further ordered that the Clerk add Aaron D. Ford, Nevada Attorney General, as counsel for Respondents.

It is further ordered that the Clerk serve the Petition and this order by sending a copy of each by certified mail to Christopher J. Hicks, Washoe County District Attorney, Mills B. Lane Justice Center, 1 South Sierra Street, South Tower, 4th Floor, Reno, NV, 89501.

It is further ordered that the Clerk add Christopher J. Hicks, Washoe County District Attorney, to the docket for the purpose of service of documents only.

It is further ordered that Respondents file a response to the Petition, including potentially by motion to dismiss, within 90 days of the date of service of the Petition, with

///

///

any requests for relief by Petitioner by motion otherwise being subject to the normal briefing schedule under the local rules.

It is further ordered that, in any answer filed on the merits, Respondents specifically cite to and address the applicable state court written decision and state court record materials, if any, regarding each claim within the response as to that claim.

It is further ordered that Petitioner will have 45 days from service of the answer, motion to dismiss, or other response to file a reply or opposition, with any other requests for relief by Respondents by motion otherwise being subject to the normal briefing schedule under the local rules.

It is further ordered that any additional state court record exhibits filed herein by either Petitioner or Respondents must be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed further must be identified by the number of the exhibit in the attachment.

It is further ordered that the parties send courtesy copies of all pleadings and indices of exhibits only in this case to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, directed to the attention of "Staff Attorney" on the outside of the mailing address label. In the future, all parties will provide courtesy copies of any additional indices for additional exhibits submitted to the court in this case, in the manner described above.

DATED THIS 4th day of May 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE